UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPHINE WANG,**<br><br>Plaintiff,<br><br>v.<br><br>**TWENTY-TWO FRANKLIN STREET GROUP, LLC,** *et al.***,**<br><br>Defendants. | Civil Action No. 21-2017 (ZNQ) (JBD)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon an Application/Petition to Enforce Settlement Agreement filed by Plaintiff Josephine Wang ("Plaintiff"). (the "Petition," ECF No. 32.) Upon consideration of Plaintiff's Petition, lack of response by Defendants Twenty-Two Franklin Street Group, LLC, and Thomas E. Cetnar, III (collectively, "Defendants") in opposition thereto, the Court's prior Order granting Defendants' counsel's Motion to Withdraw as Attorney (ECF No. 38), and no replacement counsel appearing,

    **IT IS** on this **12th** day of **July 2023,**

    **ORDERED** that Plaintiff's Petition (ECF No. 32) is hereby **GRANTED**; and it is further

    **ORDERED** that JUDGMENT is hereby entered in favor of Plaintiff and against Defendants in the amount of $275,000.00; and it is further

    **ORDERED** that Plaintiff's request for reasonable attorney's fees is **DENIED WITHOUT PREJUDICE** and Plaintiff is granted leave until July 21, 2023 to provide supplemental materials in support of their reasonable attorney's fees demand; and it is further

    **ORDERED** that the Clerk's office is to reopen this matter.

                                                                       <u>s/ Zahid N. Quraishi</u>  
                                                                       **ZAHID N. QURAISHI**  
                                                                       **UNITED STATES DISTRICT JUDGE**